UNITED STATES of America, Appellee,

v.

Fabian Francisco SPEARS, Appellant.

No. 10–2369.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 24, 2010.

Filed: Dec. 2, 2010.

James Lackner, U.S. Attorney's Office, St. Paul, MN, Tricia Annette Tingle, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Caroline Durham, Assistant Attorney, Federal Public Defender, Federal Public Defender's Office, Minneapolis, MN, for Appellant.

Fabian Francisco Spears, Elk River, MN, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Fabian Francisco Spears appeals the two concurrent 204–month sentences imposed by the district court[1] after he pled guilty to two counts of abusive sexual contact with a child who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1151, 1153, 2244(a)(5), 2246(3). His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that the sentence was greater than necessary.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, and then considers substantive reasonableness of sentence under abuse-of-discretion standard; if sentence is within applicable Guidelines range, appellate court may apply presumption of reasonableness); *United States v. Haack*, 403 F.3d 997, 1004 (8th Cir.2005) (describing abuse of discretion).

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.